572 A.2d 1159
IN THE MATTER OF BRIAN A. BOYD, AN
ATTORNEY AT LAW.

December 27, 1989.

ORDER

BRIAN A. BOYD of HACKENSACK, who was admitted to the bar of this State in 1987, having entered a plea of guilty to grand larceny in the second degree, in violation of section 155.40 of the New York Penal Law, and good cause appearing;

It is ORDERED that pursuant to *R.* 1:20–6(b)(1), BRIAN A. BOYD is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that BRIAN A. BOYD be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that BRIAN A. BOYD comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.